PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE ANN SAHAJ, | Case No.: 2:16-cv-2563-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her summary judgment motion with the Court by 30 days to **May 31, 2017**, and that all other scheduling dates set forth in the Court's Case Management Order

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing her summary judgment motion by May 1, 2017.  In particular, counsel for Defendant is currently responsible for reviewing the excerpts of record and drafting the Commissioner's answering brief in two Social Security cases before the Ninth Circuit.  Moreover, counsel for Defendant is currently responsible for drafting briefs and summary judgment motions and negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit.  Counsel for Defendant is currently conducting discovery, drafting substantive pleadings, and preparing for a hearing in two personnel-related litigation matters pending before the Merit Systems Protection Board.  Additionally, counsel for Defendant is serving on nationwide intra-agency teams charged with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST) and coordinating outreach and training to the Social Security Administration's Office of Disability Adjudication and Review.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *April 25, 2017*      LAW OFFICES OF LAWRENCE D. ROHLFING

By:    */s/ Asim H. Modi for Brian C. Shapiro\**
BRIAN C. SHAPIRO
*\*Authorized by email on April 25, 2017*
Attorney for Plaintiff

Date: *April 25, 2017*      PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: April 27, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE