PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| NICOLE ANN SAHAJ, | Case No.: 2:16-cv-2563-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her summary judgment motion with the Court by 14 days to **June 14, 2017**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's second request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

    There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing her summary judgment motion by May 31, 2017. In

particular, counsel for Defendant was reassigned an oral argument for a Social Security case before the Ninth Circuit that occurred on May 18, 2017; given the time expended in the preparations for this Ninth Circuit oral argument, counsel for Defendant requires additional time to research and analyze the factual and legal issues presented in the instant case.  Furthermore, counsel for Defendant remains responsible for performing an extensive range of tasks over the next month, including: reviewing the excerpts of record and drafting the Commissioner's answering brief in two Social Security cases before the Ninth Circuit; drafting briefs and summary judgment motions and negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Seventh and Ninth Circuit; conducting discovery, drafting substantive pleadings, and preparing for a hearing in personnel-related litigation pending before the Merit Systems Protection Board; assisting with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST); and preparing training materials and conducting presentations to the Social Security Administration's Office of Disability Adjudication and Review.

      Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: <u>May 24, 2017</u>       LAW OFFICES OF LAWRENCE D. ROHLFING

By:     */s/ Asim H. Modi for Brian C. Shapiro\**
        BRIAN C. SHAPIRO
        *\*Authorized by email on May 24, 2017*
        Attorney for Plaintiff

Date: <u>May 24, 2017</u>       PHILLIP A. TALBERT
        United States Attorney
        DEBORAH LEE STACHEL
        Regional Chief Counsel, Region IX
        Social Security Administration

|   | By: | */s/ Asim H. Modi* |
|---|---|---|
|   |   | ASIM H. MODI |
|   |   | Special Assistant United States Attorney |
|   |   | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

Dated: May 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE